CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
12/2/2019
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| MELISSA S. SHIFFLETT and<br>BRENT A. SHIFFLETT,<br><br>    Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC<br><br>    Defendant. | Civil Action No. 5:19-cv-00016 |

## DISMISSAL ORDER

This day came the plaintiffs, Melissa S. Shifflett and Brent A. Shifflett, and the defendant, Specialized Loan Servicing, LLC, by counsel, and hereby moved the court to dismiss with prejudice all claims against Specialized Loan Servicing, LLC, in the above-styled action.

Upon consideration of the representations of counsel and for other good cause shown, it is, hereby ORDERED that the complaint against Specialized Loan Servicing, LLC is DISMISSED WITH PREJUDICE. The clerk is directed to strike this matter from the court's docket.

Entered: December 2, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge

WE ASK FOR THIS:

_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com
E-mail: casey@kellyguzzo.com
*Counsel for Plaintiff*

_____
Aaron D. Neal, VSB #79692
McNAMEE, HOSEA, JERNIGAN, KIM
GREENAN & LYNCH, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420 – Telephone
(301) 982-9450 – Facsimile
E-mail: aneal@mhlawyers.com
*Counsel for Specialized Loan Servicing, LLC*